FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
26 SEP 28 PM 1:55

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Meredith Ashley Avery,
Plaintiff,

Civil Action No. 1:26-cv-03696-SBP

v.

Sophie Ann Wilson,
Defendant.

## NOTICE PROVIDING ADDITIONAL ADDRESSES FOR SERVICE AND REQUEST FOR RENEWED SERVICE

Plaintiff Meredith Ashley Avery, proceeding pro se and in forma pauperis, provides three additional locations at which Defendant Sophie Ann Wilson may be found and respectfully requests that the Clerk transmit renewed service materials to the United States Marshals Service for prompt service at each location.

On September 21, 2026, the return of service was filed unexecuted as Document 8. That return reflects attempts at 5967 South Gallup Street, Apartment 205, Littleton, Colorado 80120, on September 17 and September 18, 2026. Plaintiff has since identified a different apartment number at the same property, an additional possible residence, and a possible workplace or class location.

Time is material. Defendant has publicly announced on social media that she is scheduled to perform in London, England on October 17, 2026, at the Sofar Fringe: Sofar Sounds Day Festival. A public event listing identifies that festival on October 17, 2026, at The Courtyard Theatre in London. Plaintiff therefore requests prompt attempts at the three Colorado locations before Defendant's anticipated international travel.

1. **Gallup Street alternative apartment number:** 5967 S Gallup St, Apt 20, Littleton, CO 80120.

2. **Dayton Street possible residence:** 2201 Dayton St, Apt 115, Aurora, CO 80010.

3. **Samadhi Yoga Sangha possible workplace:** Samadhi Yoga Sangha, 639 E 19th Ave, Denver, CO 80203.

## NOTICE PROVIDING ADDITIONAL ADDRESSES FOR SERVICE CONTINUED

Three completed Forms USM-285 are attached, one for each location. Plaintiff requests that service be attempted at all three locations and that the Marshals Service record each attempt and return the completed forms to the Court.

Plaintiff does not represent that the yoga studio or any employee there is an authorized agent for Defendant. That address is provided solely as a location where Defendant may personally be found.

Plaintiff's declaration concerning the public announcement and event confirmation, and a time-sensitive cover sheet directed to the United States Marshals Service, follow this notice.

Dated: September 28, 2026

Respectfully submitted,

Meredith Ashley Avery, Plaintiff pro se
11720 West Colfax Avenue
Lakewood, CO 80215
meredithpheeavery@gmail.com

# DECLARATION OF MEREDITH ASHLEY AVERY REGARDING SCHEDULED INTERNATIONAL PERFORMANCE

I, Meredith Ashley Avery, declare as follows:

1. I am the Plaintiff in this action. I make this declaration from my personal knowledge.

2. On or before September 28, 2026, I personally reviewed a public social-media post by or for Defendant Sophie Ann Wilson, who performs under the name PHIE. The post announced that she is scheduled to perform in London, England on October 17, 2026, as part of the Sofar Sounds Fringe Festival.

3. I also personally reviewed a public England event or venue listing confirming a Sofar Fringe: Sofar Sounds Day Festival on October 17, 2026, at The Courtyard Theatre in London.

4. Based on those public announcements, I understand that Defendant anticipates traveling outside the United States in mid-October 2026. I provide this information solely to explain why prompt service attempts at the newly supplied Colorado locations would be helpful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 28, 2026, in Lakewood, Colorado.

__________________________

Meredith Ashley Avery

## TIME SENSITIVE SERVICE INFORMATION FOR UNITED STATES MARSHALS SERVICE

**Court:** U.S. District Court for the District of Colorado

**Case:** Avery v. Wilson, Civil Action No. 1:26-cv-03696-SBP

**Person to serve:** Sophie Ann Wilson

**Reason prompt attempts are requested:** Defendant has publicly announced a London, England performance on October 17, 2026. Plaintiff respectfully requests that service be attempted at the three attached Colorado locations before Defendant's anticipated international travel, if practicable.

**Locations supplied:**

1. 5967 S Gallup St, Apt 20, Littleton, CO 80120

2. 2201 Dayton St, Apt 115, Aurora, CO 80010

3. Samadhi Yoga Sangha, 639 E 19th Ave, Denver, CO 80203

The first address uses Apt. 20, which differs from the Apt. 205 address attempted on September 17 and 18, 2026. An associated number for the Gallup Street address is (303) 770-8021 (MDT). The yoga studio is supplied only as a possible location where Defendant may personally be found; no employee is identified as an authorized agent.

Submitted by Meredith Ashley Avery, Plaintiff pro se
meredithpheeavery@gmail.com

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Meredith Ashley Avery | 1:26-cv-03696-SBP |
| DEFENDANT | TYPE OF PROCESS |
| Sophie Ann Wilson | SUMMONS AND COMPLAINT |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Sophie Ann Wilson

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
5967 S Gallup St, Apt 20, Littleton, CO 80120

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Meredith Ashley Avery<br>11720 West Colfax Avenue<br>Lakewood, CO 80215 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***
TIME-SENSITIVE: London performance 10/17/2026; prompt attempt before travel requested.
Alternate unit Apt 20; prior attempts Apt 205. Phone: (303) 770-8021.

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF<br>☐ DEFENDANT | 720-626-2396 | 09/28/2026 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time ☐ am ☐ pm |
|---|---|---|
| | | |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

***Costs shown on attached USMS Cost Sheet >>***

REMARKS

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>Meredith Ashley Avery | COURT CASE NUMBER<br>1:26-cv-03696-SBP |
| DEFENDANT<br>Sophie Ann Wilson | TYPE OF PROCESS<br>SUMMONS AND COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Sophie Ann Wilson
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
2201 Dayton St, Apt 115, Aurora, CO 80010

| | |
|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW<br>Meredith Ashley Avery<br>11720 West Colfax Avenue<br>Lakewood, CO 80215 | Number of process to be served with this Form 285: 1<br>Number of parties to be served in this case: 1<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***
TIME-SENSITIVE: London performance 10/17/2026; prompt attempt before travel requested.
Possible residence; address history reflects association through 05/2026.

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF<br>☐ DEFENDANT | 720-626-2396 | 09/28/2026 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. ____ | District to Serve<br>No. ____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time ☐ am ☐ pm |
|---|---|---|
| | | |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

***Costs shown on attached USMS Cost Sheet >>***

REMARKS

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>Meredith Ashley Avery | COURT CASE NUMBER<br>1:26-cv-03696-SBP |
| DEFENDANT<br>Sophie Ann Wilson | TYPE OF PROCESS<br>SUMMONS AND COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Sophie Ann Wilson
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Samadhi Yoga Sangha, 639 E 19th Ave, Denver, CO 80203

| | |
|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW<br>Meredith Ashley Avery<br>11720 West Colfax Avenue<br>Lakewood, CO 80215 | Number of process to be served with this Form 285: 1<br>Number of parties to be served in this case: 1<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***
TIME-SENSITIVE: London performance 10/17/2026; prompt attempt before travel requested.
Possible workplace/class location. Ask for Sophie Ann Wilson personally.

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF<br>☐ DEFENDANT | 720-626-2396 | 09/28/2026 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time ☐ am ☐ pm |
|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | |

***Costs shown on attached USMS Cost Sheet >>***

REMARKS