IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03696-SBP

Meredith Ashley Avery,

Plaintiff,

v.

Sophie Ann Wilson,

Defendant.

---

CERTIFICATE OF SERVICE

---

I certify that I have mailed a copy of this Certificate of Service to the named individuals below, and the following forms to the United States Marshals Service for service of process on Sophie Ann Wilson: COMPLAINT filed on 8/13/2026, ORDER filed on 10/5/2026, SUMMONS, and MAGISTRATE JUDGE CONSENT FORM on October 5, 2026

Meredith Ashley Avery
11720 West Colfax Avenue
Lakewood, CO 80215

US Marshal Service
Service Clerk
Service forms for: Sophie Ann Wilson

s/C. Cuenca
*Deputy Clerk*